United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4195

_____

| | | |
|---|---|---|
| Anthony Wayne Profit, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| County of Hennepin, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: June 3, 1997
Filed: June 6, 1997

_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Anthony Wayne Profit, a Minnesota inmate, appeals from the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 action against Hennepin County. After reviewing the record and the parties' briefs, we agree with the district court that Profit essentially attacks the legality of his imprisonment, and that his claim thus must be brought in a 28 U.S.C. § 2254 petition, after he exhausts his state remedies. See

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

Preiser v. Rodriguez, 411 U.S. 475, 487-90 (1971); see also Kruger v. Erickson, 77 F.3d 1071, 1073 (8th Cir. 1996) (per curiam).  Accordingly, the judgment of the district court is affirmed.  See 8th Cir. R. 47B.  We deny Profit's motions for appointment of counsel and for "Collateral [R]elief."

A true copy.


Attest:


CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-